```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13080
    EDUARDO TORRES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-0406


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/22/2008 and was not confirmed.

      The case was dismissed without confirmation 10/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------------
GREENPOINT MORTGAGE     CURRENT MORTG        .00            .00            .00
ECAST SETTLEMENT        UNSECURED        2859.94            .00            .00
COMMONWEALTH EDISON     UNSECURED       NOT FILED           .00            .00
NICOR GAS               UNSECURED       NOT FILED           .00            .00
GREENPOINT MORTGAGE     MORTGAGE ARRE   26574.30            .00            .00
GE MONEY BANK           NOTICE ONLY     NOT FILED           .00            .00
GREENPOINT MORTGAGE     CURRENT MORTG        .00            .00            .00
GREENPOINT MORTGAGE     MORTGAGE ARRE    6980.25            .00            .00
LOAN COMPANY            SECURED NOT I        .00            .00            .00
HOUSEHOLD BANK          UNSECURED         763.09            .00            .00
ECAST SETTLEMENT        UNSECURED         928.50            .00            .00
ECAST SETTLEMENT        UNSECURED         425.65            .00            .00
ECAST SETTLEMENT        UNSECURED        1327.22            .00            .00
LVNV FUNDING            UNSECURED         254.43            .00            .00
ROUNDUP FUNDING LLC     UNSECURED        1101.78            .00            .00
CHASE BANK USA          UNSECURED        2810.89            .00            .00
PRO SE DEBTOR           DEBTOR ATTY          .00                           .00
TOM VAUGHN              TRUSTEE                                            .00
DEBTOR REFUND           REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------      --------------
TOTALS                       .00                  .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 13080 EDUARDO TORRES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE